**Travis L. KNOTT, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 76802.

Missouri Court of Appeals,
Western District.

Sept. 30, 2014.

Amy M. Bartholow, Columbia, MO, for appellant.

Richard A. Starnes, Jefferson City, MO, for respondent.

Before Division Three: GARY D. WITT, Presiding Judge, JOSEPH M. ELLIS, Judge and THOMAS H. NEWTON, Judge.

## ORDER

PER CURIAM:

Appellant Travis L. Knott was convicted in the Circuit Court of Jackson County of second-degree (felony) murder, first-degree robbery, and two counts of armed criminal action. In his motion for post-conviction relief, Knott alleged that his trial and appellate counsel were ineffective for failing to raise a claim of double jeopardy as to the two counts of armed criminal action. The motion court denied relief following an evidentiary hearing. We af-

firm the denial of that motion. Because a published opinion would serve no jurisprudential purpose, the parties have been provided a memorandum setting forth the reasons for this order. Rule 84.16(b).